# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Rondevoo Technologies, LLC v. ZTE (USA) Inc.

Case Number: 1:18-cv-06212

An appearance is hereby filed by the undersigned as attorney for:
ZTE (USA) Inc. [Defendant]

Attorney name (type or print): James Ray Wood

Firm: ZTE (USA) Inc.

Street address: 8430 W. Bryn Mawr Ave., Suite 210

City/State/Zip: Chicago, IL 60631

Bar ID Number: 3124415 (Illinois)
(See item 3 in instructions)

Telephone Number: (972) 765-4081

Email Address: james.wood@zteusa.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 16, 2018

Attorney signature: S/ J. Ray Wood

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015