UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Rondevoo Technologies, LLC
                              Plaintiff,

v.                                                           Case No.: 1:18−cv−06212
                                                           Honorable John J. Tharp Jr.

ZTE (USA) Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 18, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon the parties' agreed request, the initial status conference is reset for 11/6/18 at 9:00 a.m. The initial status report is due by 10/30/18. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.