# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Rondevoo Technologies, LLC
                                        Plaintiff,

v.                                                                         Case No.: 1:18−cv−06212
                                                                        Honorable John J. Tharp Jr.

ZTE (USA) Inc.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 31, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr: Attorney Erik Dykema's motion for leave to appear pro hac vice [20] is granted. No appearance on the motion is required. Counsel is directed to file his appearance on behalf of defendant.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.